UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY NUNLEY, Plaintiff, v. EXPERIAN INFORMATION SOLUTIONS LLC, Defendant. | Case No. 2:26-cv-09073-FLA (DSRx) **ORDER TO SHOW CAUSE RE: RELATION OF CIVIL CASES** |

The court reviewed the dockets of this District and uncovered three additional cases Plaintiff Jeremy Nunley brought that may relate to the same or similar purported credit reporting inaccuracies as the above-captioned case: *Jeremy Nunley* v. *Equifax Information Services LLC,* Case No. 2:25-cv-12034-SVW (PVCx), *Jeremy Nunley* v. *LVNV Funding LLC Resurgent Capital Services LLP,* Case No. 2:26-cv-04225-SB (DMKx), and *Jeremy Nunley v. TransUnion LLC*, Case No. 2:26-cv-05740-MCS (AJRx).

Local Rule 83-1.3 requires "the parties to promptly file a Notice of Related Cases whenever two or more civil cases filed in this District: (a) arise from the same or a closely related transaction, happening, or event (b) call for determination of the

same or substantially related or similar questions of law and fact or (c) for other reasons would entail substantial duplication of labor if heard by different judges." The rule requires such a notice to be filed at the time of filing "or as soon thereafter as it reasonably should appear that the case relates to another." Local Rule 83-1.3. Section II.J.2 of Central District of California General Order No. 26-11 provides a mechanism for transferring related civil cases to the judge with the earliest-assigned related case upon such notice.

Here, Plaintiff's civil cover sheet (Dkt. 1-1) does not identify any related cases, but his Complaint (Dkt. 1) raises an inference that at least this case and his other cases in this District call for determination of similar questions of law and fact, or would entail substantial duplication of labor if heard by different judges.

Accordingly, the court ORDERS Plaintiff to show cause ("OSC") why this action should not be related to Case Nos. 2:25-cv-12034-SVW (PVCx), 2:26-cv-04225-SB (DMKx), and/or 2:26-cv-05740-MCS (AJRx). Plaintiff shall file within seven (7) days of entry of this Order either (1) a notice of related cases or amended civil cover sheet that identifies the three cases or (2) a written response explaining why the cases are or are not related. Defendant Experian Information Solutions LLC may file a Local Rule 83-1.3.3 objection or other response to Plaintiff's filing within seven (7) days of its entry on the docket.

IT IS SO ORDERED.

Dated: September 29, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge